# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 18-mj-3426 | UNITED STATES vs. Alexander | |
| Hearing Date: | 10/22/2018 | Time In and Out: | 10:02-10:06; 10:08-10:11 / 4 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Bruce Michael Alexander | Defendant's Counsel: | M. Katze – Duty FPD |
| AUSA | Michael Murphy | Pretrial/Probation: | Sandra Day |
| Interpreter: | N/A | | |

### Initial Appearance

- ☒ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain    ☐ Government does not recommend detention
- ☒ Set for Preliminary/Detention Hearing    on October 23, 2018    @ 9:30 am

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

### Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant detained pending hearing
- ☐ Conditions

### Other

- ☐ Matter referred to       for final revocation hearing
- ☒ Defendant may have to reimburse the government for his court appointment of counsel.